**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**OPEN DOOR RE-ENTRY AND**
**RECOVERY MINISTRY, INC.**, etc.,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: **3:14-cv-424-J-25MCR**

**CITY OF BUNNELL**, etc.*,*

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant's Motion to Dismiss (Dkt. 15). Defendant files its five page motion pursuant to Rules 8(a)(2) and 10(b) of the Federal Rules of Civil Procedure. Of note, the motion was filed on May 1, 2014 but the response was not filed until May 19, 2014.

**Standard**

To meet the Rule 8(a)(2) requirements, a plaintiff must plead facts which, "accepted as true, 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atlantic Corp. v.Twombly*, 550 U.S. 544, 570 (2007)).

Rule 10(b) generally requires a Plaintiff to articulate claims in separate paragraphs.

**Analysis**

Defendant argues that Plaintiff's Complaint should be dismissed because it

is a shotgun pleading, it fails to cite the specific provisions of the ADA and FHA that it allegedly violated, fails to set forth numbered paragraphs and fails to adequately plead damages.

The Court agrees with Plaintiff that the Complaint sufficiently alleges violations of the FHA and ADA, complies with Rule 8(a)(2) because it states a plausible claim for relief and is otherwise well pled. Accordingly, it is

**ORDERED:**

Defendant's Motion to Dismiss (Dkt. 15) is **DENIED.**

**DONE AND ORDERED** this 9th day of June, 2014.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:   Counsel of Record